JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California  94102
   Telephone: (415) 436-7129
   Facsimile: (415) 436-7234
   E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 09-0121 MHP |
|    Plaintiff, | |
| v. | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM FEBRUARY 13, 2009 TO MARCH 2, 2009 |
| JOSE BENITO RAYMUNDO-GOMEZ,<br>   a/k/a BENITO R. GOMEZ,<br>   a/k/a JOSE GOMEZ, | |
|    Defendant. | |

     The parties appeared before the Honorable Elizabeth D. LaPorte on February 13, 2009. With the agreement of counsel for both parties, the Court found and held as follows:

     1. The parties agree to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161, from February 13, 2009 to March 2, 2009, in light of defense counsel's planned absence from this District and his need to review discovery.  Failure to grant the requested continuance would unreasonably deny defense continuity of counsel and deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence and the

need for counsel to review the discovery with the defendant.

    2. Given these circumstances, the Court found that the ends of justice served by excluding the period from February 13, 2009 to March 2, 2009, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    3. Accordingly, and with the consent of the defendant, the Court ordered that the period from February 13, 2009 to March 2, 2009, be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO STIPULATED.

DATED: February 13, 2009

/s/
LOREN STEWART
Counsel for Jose Benito Raymundo-Gomez

DATED: February 13, 2009

/s/
JEANE HAMILTON
Special Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/18/2009



IT IS SO ORDERED
Judge Elizabeth D. Laporte

**[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME CR 09-0121 MHP**    2