JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN STRETCH (CABN 163973)
Chief, Criminal Division

JEANE HAMILTON (CABN 157834)
Special Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7129
    Facsimile: (415) 436-7234
    E-Mail: Jeane.Hamilton2@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES, | No. CR 09-0121 MHP |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING** |
| v. | |
| JOSE BENITO RAYMUNDO-GOMEZ, <br>    a/k/a BENITO R. GOMEZ, <br>    a/k/a JOSE GOMEZ, | |
| Defendant. | |

**STIPULATION**

    Defendant Jose Benito Raymundo-Gomez, by and through Counsel, Loren Stewart, and the United States, by and through Special Assistant United States Attorney Jeane Hamilton, hereby stipulate and agree as follows:

    1)    A Change of Plea is scheduled in the above-captioned matter for March 23, 2009 at ~~11:00~~ 10:00 a.m.

    2)    Plea negotiations are ongoing and additional time is required to resolve several legal issues.

1  3) The parties agree and request that the Change of Plea should be continued until
2  ~~March 30, 2009 at 11:00 a.m.~~  April 6, 2009 at 10:00 a.m.
3  IT IS SO STIPULATED.

Dated: March 19, 2009

/s/
Loren Stewart
Attorney for Jose Benito Raymundo-Gomez

Dated: March 19, 2009

/s/
Jeane Hamilton
Special Assistant United States Attorney

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The status conference in the above-captioned case will be continued until ~~March 30, 2009.~~ April 6, 2009 at 10:00 a.m.

Dated: 3/20/2009

Hon. Marilyn Hall Patel
United States District

IT IS SO ORDERED
Judge Marilyn H. Patel

**Stip. and [Proposed] Order Continuing Hearing**
*United States v. Raymundo-Gomez*, CR 09-0121 MHP     2